**2016–1910.  State v. Miler.**
Cuyahoga App. No. 100461, 2015-Ohio-1535. On motion for leave to file delayed appeal. Motion denied.

**2016–1912.  State v. Woogerd.**
Franklin App. No. 05AP–45, 2007-Ohio-1518. On motion for leave to file delayed appeal. Motion denied.

**2015–1736.  State v. Mack.**
Cuyahoga App. No. 10261, 2015–Ohio–2149. Discretionary appeal accepted on proposition of law No. I only. Judgment vacated and cause remanded to the court of appeals to consider the merits of appellant's appeal.

**2016–1236.  O'Hamill v. CareSource Mgt. Group.**
Cuyahoga App. No. 104586. Discretionary appeal accepted and cause held for decision in 2015–1975, *Ferguson v. State*, and briefing schedule stayed.

O'NEILL, J., dissents.

**2016–1737.  Cyran v. Cyran.**
Montgomery App. No. 27009, 2016-Ohio-7323. Discretionary appeal accepted. Sua sponte, cause consolidated with 2016–1870, *Cyran v. Cyran*.